United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2912

Richard King; Byrde King,                    *
                                             *
      Appellants,                       *
                                             *
Nyetta Dienagha, a minor, by his             *
parents and guardian ad litems,              *
Richard and Byrde King; Derrick              * Appeal from the United States
King, a minor, by his parents and            * District Court for the
guardian ad litems, Richard and              * Western District of Missouri.
Byrde King; Richard King, Jr., a             *
minor, by his parents and guardian           *      [UNPUBLISHED]
litems, Richard and Byrde King,              *
                                             *
      Plaintiffs,                       *
                                             *
     v.                                *
                                             *
City of Columbia Police Department;          *
Wendy Stokes; Bryan Piester; City            *
of Columbia; Chief Ernest Barbee;            *
Robert Bennett; Michael Shaw; Ken            *
Hammond; Shelley Jones; Lloyd                *
Simons,                                      *
                                             *
      Appellees.                        *

_____

Submitted: February 6, 1998
Filed: February 10, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Richard and Byrde King and their children appeal from the District Court's[1] adverse grant of summary judgment in their civil rights action against the City of Columbia, Missouri, and several city police officers. After carefully reviewing the record and the parties' briefs, we affirm. See 8th Cir. R. 47B. The Kings' motion for appointment of counsel is denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.